TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
        Federal Courthouse, 14th Floor
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
        Facsimile: (213) 894-0142/0141
        E-mail: Victor.Rodgers@usdoj.gov
                 Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>$914,700.00 IN U.S. CURRENCY,<br><br>            Defendant. | Case No. 2:21-CV-07242<br><br>PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1 |
|---|---|

        PLEASE TAKE NOTICE that plaintiff United States of America hereby files this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

        The instant in rem civil forfeiture lawsuit against the defendant currency, which seeks to forfeit the funds the government has obtained from box number 904 at U.S. Private Vaults, is related to Charles Coe v. United States of America, et al., Case No. 21-CV-03019-RGK-MAR.  The cases are related because they (a) arise from the

same or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.  The complaint in the Coe case reflects that plaintiff Coe seeks to have returned the currency in box number 2300.  See Docket No. 1 (complaint ¶¶ 9, 14, 19 and 29, referencing box number 904). Similarly, the instant forfeiture action seeks to forfeit the defendant $914,700.00 in U.S. Currency seized from box number 904. Complaint ¶¶ 5 and 20.

Dated: September 9, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRANGER
Assistant United states Attorney
Chief, Criminal Division


_____/s/_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes
Sections

Attorneys for Plaintiff
UNITED STATES OF AMERICA