TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0141
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>$914,700.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-cv-07242 RGK(MARx)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff United States of America voluntarily dismisses the above-captioned action.

Dated: February 25, 2022    TRACY L. WILKISON
                            United States Attorney
                            SCOTT M. GARRANGER
                            Assistant United states Attorney
                            Chief, Criminal Division
                            JONATHAN GALATZAN
                            Chief, Asset Forfeiture Section

                                   /s/
                            VICTOR A. RODGERS
                            MAXWELL COLL
                            Assistant United States Attorneys
                            Asset Forfeiture Section

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA